1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Natividad Gutierrez

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11  NATIVIDAD GUTIERREZ,              )   No.  1:11-CV-00554-AWI-GSA
                                      )
12              Plaintiff,            )   **STIPULATION FOR DISMISSAL OF**
                                      )   **ACTION; ORDER**
13        vs.                         )
                                      )
14  JL GAS AND FOOD ENTERPRISES, INC. )
    dba ARCO AM/PM aka JL GAS & FOOD  )
15  AM/PM; JASTINDER NAGRA and        )
    LAKHBIR NAGRA,                    )
16                                    )
                                      )
17              Defendants.           )
18  _____    )

19        IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez
20  ("Plaintiff") and Defendants JL Gas and Food Enterprises, Inc. dba ARCO AM/PM aka JL Gas
21  & Food AM/PM, Jastinder Nagra and Lakhbir Nagra ("Defendants"), the parties to this action,
22  by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure
23  41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

24  Date: December 23, 2011                      MOORE LAW FIRM, P.C.

25

26
                                                 /s/Tanya E. Moore
27                                               Tanya E. Moore
                                                 Attorney for Plaintiff Natividad Gutierrez
28  ///

*Gutierrez v. JL Gas and Food Enterprises, Inc., et al.*
Stipulation for Dismissal
                                    Page 1

1 | Date: December 23, 2011                                FISHER & PHILIPPS LLP

/s/ James Fessenden
 James Fessenden
Attorney for Defendants JL Gas and Food
Enterprises, Inc. dba ARCO AM/PM aka
JL Gas & Food AM/PM, Jastinder Nagra
and Lakhbir Nagra

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   December 23, 2011                      _____
                                                CHIEF UNITED STATES DISTRICT JUDGE