K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JL GAS AND FOOD ENTERPRISES, INC. dba ARCO AM/PM aka JL GAS & FOOD AM/PM; JASTINDER NAGRA and LAKHBIR NAGRA,<br><br>　　　　　Defendants. | No.  1:11-CV-00554-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants JL Gas and Food Enterprises, Inc. dba ARCO AM/PM aka JL Gas & Food AM/PM, Jastinder Nagra and Lakhbir Nagra ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 23, 2011　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Natividad Gutierrez

///

*Gutierrez v. JL Gas and Food Enterprises, Inc., et al.*
Stipulation for Dismissal

1 | Date: December 23, 2011                                FISHER & PHILIPPS LLP

/s/ James Fessenden
 James Fessenden
Attorney for Defendants JL Gas and Food Enterprises, Inc. dba ARCO AM/PM aka JL Gas & Food AM/PM, Jastinder Nagra and Lakhbir Nagra

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   December 23, 2011              _____
                                        CHIEF UNITED STATES DISTRICT JUDGE